| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RUIHUA YAN, | ) | No. C 09-4054 MEJ |
| Plaintiff, | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; AND [PROPOSED] ORDER** |
| Attorney General of the United States, MICHAEL MUKASEY; U.S. Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Citizenship and Immigration Services, ROBIN BARRETT; Director of San Francisco Field Office; and U.S. Citizenship and Immigration Services, JONATHAN "JOCK" SCHARFEN, Director, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension

//

//

Stipulation to Extend Time
C09-4054 MEJ                                                    1

time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before November 30, 2009.

Dated: October 30, 2009  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 30, 2009  _____/s/_____
MING JI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 2, 2009  _____
MARIA ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.