1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RUIHUA YAN,                           )
                                         )  No. C 09-4054 MEJ
13                 Plaintiff,            )
                                         )
14         v.                            )  **SECOND STIPULATION TO EXTEND
                                         )  TIME WITHIN WHICH THE
15 Attorney General of the United States,)  DEFENDANTS MUST FILE AN
   MICHAEL MUKASEY; U.S. Department of   )  ANSWER; AND [PROPOSED] ORDER**
16 Homeland Security, MICHAEL CHERTOFF,  )
   Secretary; U.S. Citizenship and       )
17 Immigration Services, ROBIN BARRETT;  )
   Director of San Francisco Field       )
18 Office; and U.S. Citizenship and      )
   Immigration Services, JONATHAN "JOCK" )
19 SCHARFEN, Director,                   )
                                         )
20                 Defendants.           )
                                         )

21       Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to extend the date of Defendants'

23 answer, based on the following:

24       (1) Plaintiff filed a mandamus action on September 1, 2009, seeking an order from this Court

25 directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate

26 Plaintiff's petition to remove condition on residence, and her application to adjust to permanent

27 resident status.

28       (2) On September 23, 2009, the USCIS adjudicated Plaintiff's applications.

Second Stipulation to Extend Time
C09-4054 MEJ                              1

(3)  Plaintiff intends to dismiss her complaint upon receipt of her alien registration card which the parties believe will occur within a matter of weeks.

(4) Therefore, the parties hereby stipulate, subject to the approval of the Court, to an additional 30-day extension of time within which the Defendants must serve its answer in the above-entitled action.  The Defendants will file their answer on or before January 8, 2010.

Dated: December 10, 2009            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: December 10, 2009            _____/s/_____
MING JI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  December 14, 2009            _____
MARIA-ELENA JAMES
United States Chief Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Second Stipulation to Extend Time
C09-4054 MEJ                                           2