| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RUIHUA YAN,
        Plaintiff,

        v.

Attorney General of the United States, MICHAEL MUKASEY; U.S. Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Citizenship and Immigration Services, ROBIN BARRETT; Director of San Francisco Field Office; and U.S. Citizenship and Immigration Services, JONATHAN "JOCK" SCHARFEN, Director,

        Defendants.

No. C 09-4054 MEJ

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Petition to Remove Conditions on Residence (Form I-751).

///

///

///

Stipulation to Dismiss
C09-4054 MEJ                  1

Each of the parties shall bear their own costs and fees.

Dated: January 27, 2010  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 27, 2010  _____/s/_____
MING JI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Clerk of Court shall close the file.

Date: January 28, 2010

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-4054 MEJ                                        2